IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:24cr62-MHT |
| | ) | (WO) |
| BRANDIE MARIE BOONE | ) | |

SUPPLEMENTAL ORDER ON CONDITIONS OF PROBATION

In accordance with the conditions of probation in the judgment of conviction entered today, it is ORDERED that:

(1) As soon as possible, and at the latest within 30 days of commencement of probation, defendant Brandie Marie Boone shall commence receiving psychotherapy as recommended by Dr. Ashlee Zito in her evaluation (Doc. 72-1), with a qualified. licensed, mental-health professional of defendant Boone's choice.

(2) The probation department and defense counsel shall ensure that the selected therapist receives a copy of the psychological evaluation by Dr. Zito and

the presentence investigation report prior to beginning treatment.

(3) Within 42 days of the commencement of probation, defense counsel shall file a report under seal on the status of the items required above.

DONE, this the 10th day of February, 2025.

                                              /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**