IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr62-MHT** |
| | ) | **(WO)** |
| **BRANDIE MARIE BOONE** | ) | |

**ORDER**

Upon consideration of defense counsel's response (Doc. 87) to the court's supplemental order of February 10, 2025 (Doc. 80), it is ORDERED that the court will not take any further action with regard to the matter addressed in the response.

DONE, this the 21st day of March, 2025.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**